# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY R. SEDGWICK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>　　Defendant. | Civil Action No. TDC-14-2965 |

# ORDER

Plaintiff filed this action on September 19, 2014, *see* ECF No. 1, along with a motion for leave to proceed *in forma pauperis*, *see* ECF No. 2. Plaintiff has satisfied the indigency requirements under 28 U.S.C. § 1915(a), and the Motion is granted. Because Plaintiff is indigent, the United States Marshal shall serve the Complaint as set forth below. *See* Fed. R. Civ. P. 4(c)(3). It does not appear that Plaintiff has furnished a U.S. Marshal service of process form for Defendant, nor has Plaintiff provided service copies of the Complaint. Until Plaintiff cures these problems, service shall not be issued. The Clerk is directed to mail to Plaintiff a copy of the U.S. Marshal form. Within 21 days of the date of this Order, Plaintiff must complete the U.S. Marshal form and return it with a service copy of the Complaint to the Clerk.[1]

Failure to comply with this Order may result in dismissal of this case without prejudice. Once the form and the service copy of the Complaint are received, the Clerk and the U.S. Marshal shall take all necessary steps to effectuate service of process.

---

[1] Plaintiff may contact the Maryland Department of Assessments and Taxation at http://www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to obtain the name and service address for the resident agent of Defendant.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is GRANTED;

2. Plaintiff is required to inform the Court of any change of address during the pendency of this action, as required by Local Rule 102.1(b)(iii) (D. Md. 2014);

3. The Clerk shall mail to Plaintiff a copy of this Order and the U.S. Marshal service of process form;

4. Plaintiff is granted 21 days leave from the date of this Order to complete the U.S. Marshal form and return it to the Clerk of Court, with a service copy of the Complaint. Plaintiff is advised that the failure to provide the completed U.S. Marshal form and a service copy of the Complaint in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the Court;

5. Upon receipt of the completed U.S. Marshal form and a service copy of the Complaint, the Clerk shall issue to the U.S. Marshal a summons, the Complaint, the U.S. Marshal form, and a copy of this Order;

6. The U.S. Marshal shall effectuate service of process on Defendant at the address provided by Plaintiff. If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendant, he shall do so by restricted delivery, certified mail; and

7. The Clerk shall furnish a copy of this Order to the U.S. Marshal to be utilized as an attachment for the return of service.

Date: November 19, 2014

/s/
THEODORE D. CHUANG
United States District Judge