| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JEFFERY R. SEDGWICK | COURT CASE NUMBER<br>TDC-14-2965 |
|---|---|
| DEFENDANT<br>WEST ASSET MANAGEMENT, INC. | TYPE OF PROCESS<br>Civil |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  r/a CSC-LAWYERS INCORPORATING SERVICE COMPANY
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  7 St. Paul Street #1660, Baltimore, MD 21202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffery Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

NONE

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 301-776-0985
DATE: 11/21/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 037 | District to Serve<br>No. 037 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/05/2014 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/04/2014    Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |

REMARKS: Mailed certified return receipt # 7014 0150 0001 0830 3474 Restricted delivery
service was accepted on: 12/04/2014

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & | |

Postmark Here

Sent To: West Asset Management, Inc.
r/a CSC-Lawyers Incorporating Service Company
Street, Apt. No.; or PO Box No.: 7 St. Paul Street #1660
City, State, ZIP+4: Baltimore, MD 21202

7014 0150 0001 0830 3471

PS Form 3800, August 2006 — See Reverse for Instructions

## Certified Mail Provides:

- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

West Asset Management, Inc.
r/a CSC-Lawyers Incorporating Service Company
7 St. Paul Street #1660
Baltimore, MD 21202

TDC-14-CV-2965

2. Article Number
(Transfer from service label)

7014 0150 0001 0830 3474

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M Digney

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, August 2001      Domestic Return Receipt      2ACPRI-03-Z-0985

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Case 8:14-cv-02965-TDC   Document 5   Filed 12/05/14   Page 5 of 5

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. Department of Justice
United States Marshals Service
101 W. Lombard Street
Suite 6115
Baltimore, MD 21201-2679

JSP

2014 DEC -5 PM 12: 23
U.S. MARSHAL
BALTIMORE, MD