**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **JEFFERY R. SEDGWICK** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No.: 8:14-cv-02965-TDC** |
| **v.** | ) | |
| | ) | |
| **WEST ASSET MANAGEMENT, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**WEST ASSET MANAGEMENT, INC.'s**
**RULE 7.1 AND LOCAL RULE 103.3 CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes, West Asset Management, Inc., which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.      Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.      West Asset Management, Inc., a Delaware corporation with its principal place of business in Atlanta, Georgia, is a wholly owned subsidiary of West Receivable Services, Inc, which is a wholly owned subsidiary of the parent corporation, West Corporation.  West Receivable Services, Inc. also owns a 75% ownership interest in Worldwide Asset Purchasing, L.L.C.  No publicly held corporation owns 10% or more of West Corporation's stock.

 /s/ Patrick D. McKevitt
Patrick D. McKevitt
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street
Baltimore, MD  21202-1636
Telephone: (410) 347-9447
Facsimile: (410) 223-3498
Email: pmckevitt@wtplaw.com
*Attorney for Defendant,*
*West Asset Management, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to the parties by operation of the court's electronic filing system, which will send notification of such filing electronically to the plaintiff.  In addition, a copy of the foregoing was sent via first class, postage prepaid mail to the following:

Jeffery R. Sedgwick
9306 Hilltop Ct.
Laurel, MD 20708

*Pro Se Plaintiff*

/s/ Patrick D. McKevitt
Patrick D. McKevitt