UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **JEFFERY R. SEDGWICK** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No.: 8:14-cv-02965-TDC |
| **v.** ) | |
| ) | |
| **WEST ASSET MANAGEMENT, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

NOW INTO COURT comes, Defendant, West Asset Management, Inc. ("West"), by and through undersigned counsel, and hereby provides notice to the court that a settlement agreement between the parties has been reached. The parties will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice within 60 days.

Dated: April 14, 2015

    Respectfully submitted

    /s/ Patrick D. McKevitt
    Patrick D. McKevitt
    Whiteford, Taylor & Preston, L.L.P.
    7 St. Paul Street
    Baltimore, MD  21202-1636
    Telephone: (410) 347-9447
    Facsimile: (410) 223-3498
    Email: pmckevitt@wtplaw.com
    Attorneys for Defendant
    West Asset Management, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2015, a copy of the foregoing was filed electronically in the ECF system and sent via electronic mail and U.S. mail to the parties described below. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffery R. Sedgwick
9306 Hilltop Ct.
Laurel, MD 20708

*Pro Se Plaintiff*

                                                s/ Patrick D. McKevitt
                                                Patrick D. McKevitt
                                                *Attorney for Defendant,*
                                                *West Asset Management, Inc.*