# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| Jeffery R. Sedgwick ) <br> 9306 Hilltop Court ) <br> Laurel, Maryland 20708 ) <br>    *Plaintiff* ) <br> ) <br> vs. ) <br> ) <br> West Asset Management, Inc. ) <br>    *Defendant(s)* ) <br> ) | CASE No. 8:14-cv-02965-TDC <br><br> Trial by Jury Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Rule 41 of the *Federal Rules of Civil Procedure*, Plaintiff hereby dismisses with prejudice his civil action against the Defendants, and all parties jointly stipulate to this action, thereby concluding this matter in its entirely.

SO STIPULATED, this 11th day of May 2015.

Submitted by:

| | |
|---|---|
| JEFFERY R. SEDGWICK | WEST ASSET MANAGEMENT, INC. |
| Jeffery R. Sedgwick | Patrick D. McKevitt |
| Jeffery R. Sedgwick | Patrick D. McKevitt, Esq. (Bar No. 30078) |
| 9306 Hilltop Court | Whiteford, Taylor & Preston, L.L.P. |
| Laurel, Maryland 20708 | 7 St. Paul Street |
| Plaintiff | Baltimore, Maryland 21202-1636 |
| | Attorney for Defendant |