# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| Jeffery R. Sedgwick<br>9306 Hilltop Court<br>Laurel, Maryland 20708<br>*Plaintiff*<br><br>vs.<br><br>West Asset Management, Inc.<br>*Defendant(s)* | CASE No. 8:14-cv-02965-TDC<br><br>Trial by Jury Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Rule 41 of the *Federal Rules of Civil Procedure*, Plaintiff hereby dismisses with prejudice his civil action against the Defendants, and all parties jointly stipulate to this action, thereby concluding this matter in its entirely.

SO STIPULATED, this 11th day of May 2015.

Submitted by:

JEFFERY R. SEDGWICK
Jeffery R. Sedgwick
Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708
Plaintiff

WEST ASSET MANAGEMENT, INC.
Patrick D. McKevitt
Patrick D. McKevitt, Esq. (Bar No. 30078)
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street
Baltimore, Maryland 21202-1636
Attorney for Defendant

Motion: Granted 5/11/15

Theodore D. Chuang
United States District Judge